# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZACH HILLESHEIM, | |
| Plaintiff, | **8:18CV388** |
| vs. | **ORDER** |
| PARLOUR 1887, LLC, | |
| Defendant. | |

This case was filed by Plaintiff on August 16, 2018. ([Filing No. 1](#)). An Order granting Plaintiff's motion for Clerk's Entry of Default was issued November 5, 2018, and a copy of the order was mailed to Defendant's address of record on November 13, 2018 ([Filing No. 8](#)). Since that date, Plaintiff has taken no action to further progress this case. Accordingly,

**IT IS ORDERED** that Plaintiff is given until **February 25, 2019**, to show cause why his claims should not be dismissed for want of prosecution, in the absence of which Plaintiff's claims against Defendant may be dismissed, and a judgment of dismissal may be entered without further notice.

Dated this 11th day of February, 2019.

BY THE COURT:

s./Michael D. Nelson
United States Magistrate Judge