IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ZACH HILLESHEIM, | |
|---|---|
| Plaintiff, | 8:18-CV-388 |
| vs. | ORDER |
| PARLOUR 1877, LLC, | |
| Defendant. | |

The plaintiff has moved for attorney's fees and costs pursuant to 42 U.S.C. § 12205 and Fed. R. Civ. P. 54(d)(2). Filing 21. The ADA gives the Court discretionary authority to grant the prevailing party attorney's fees, including litigation expenses, and costs. § 12205; *Shrader v. OMC Aluminum Boat Grp., Inc.*, 128 F.3d 1218, 1220 (8th Cir. 1997). The plaintiff seeks $5,250 in attorney's fees and $427.51 for costs.

The plaintiff is clearly a prevailing party. *See Buckhannon Bd. & Care Home, Inc. v. W. Virginia Dep't of Health & Human Res.*, 532 U.S. 598, 603-04 (2001). The Court has examined the plaintiff's evidence (filing 22), considering the hours expended and the hourly rate charged, and finds that the amount sought is reasonable in light of the result achieved. *See Blum v. Stenson*, 465 U.S. 886, 889 (1984); *Shrader*, 128 F.3d at 1220-22. Accordingly,

IT IS ORDERED:

1. The plaintiff's motion for attorney's fees and costs (filing 21) is granted.

2. Attorney's fees and costs are awarded to the plaintiff in the amount of $5,677.51.

3. A separate judgment awarding fees and costs will be entered.

Dated this 20th day of June, 2019.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Chief United States District Judge