IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ZACH HILLESHEIM, | |
|---|---|
| Plaintiff, | 8:18-CV-388 |
| vs. | JUDGMENT |
| PARLOUR 1877, LLC, | |
| Defendant. | |

Pursuant to the accompanying order, attorney's fees and costs are awarded to the plaintiff in the amount of $5,677.51.

Dated this 20th day of June, 2019.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Chief United States District Judge